468 A.2d 832

Commonwealth v. Seymore, Appellant.

Submitted September 23, 1983. Larry Elliott Stone, for appellant; Nicholas Subashi, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence is affirmed.